UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                 ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 16-cv-384 (*Naomi Roth v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 16-cv-545 (*Brenda Sanchez, on behalf of the Estate of Robert Andras, Sr. v. 3M
      Company and Arizant Healthcare, Inc.*)
Case No. 16-cv-3242 (*Wanda Lantz v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated January 23, 2026, the Honorable David T.

Schultz, United States Magistrate Judge, recommended that Case Nos. 16-cv-384, 16-cv-

545, and 16-cv-3242 be dismissed without prejudice for failure to prosecute.  No

objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P.

72(b), the Court accepts the recommended disposition [Docket No. 20 in Case No. 16-cv-

384; Docket No. 21 in Case No. 16-cv-545; Docket No. 12 in Case No. 16-cv-3242].

Therefore, IT IS ORDERED THAT:

1.   Case Nos. 16-cv-384, 16-cv-545, and 16-cv-3242 are DISMISSED
WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 10, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge